UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:

LESLIE A. VAZQUEZ LONGO
Debtor(s)

CASE NO: 08-08286 GAC

CHAPTER 13

## NOTICE OF SUBMITTING AMENDED PLAN DATED APRIL 20, 2009

TO THE HONORABLE COURT:

COME(S) NOW, debtor(s) through the undersigned attorney and respectfully state(s), allege(s) and pray(s) as follows:

1. That debtor(s) is submitting an amended plan dated April 27, 2009 with this Notice.

2. On March 17, 2009 trustee submit the Unfavorable Report on Proposed Post confirmation Plan Modification. In the report trustee correctly informed that debtor must renew her annual automobile insurance policy. Copy of the new insurance policy is attached, see exhibit A.

3. Also debtor proposes post confirmation amended plan. The proposed amended plan provides for the payment of a new secured claim filed by creditor CRIM for the amount of $681.78, claim 10. The new amended plan proposes the following payments:

    a. $200.00 during the first 8 months of the plan (from January 2009 to August 2009);
    b. $645.00 during the next 16 months of the plan (from September 2009 to December 2010.) During August 2009 Reliable Financial automobile loan reaches its maturity date. During October 2009 debtor will provide an step up payment of $445.00 to the plan. Also debtor informs that she is an speech and languaje therapyst. During the last year (2008) debtor strugled with lack of payment from government. During 2009 this situation have been solved and debtor understands that she can continue with plan and mortgage payments.
    c. $690.00 during the next 36 months of the plan (from January 2010 to December 2013.) In order to provide for $45.00 plan increment, debtor expects professional services income increment. In the alterntive, in order to provide for plan payments and mortgage payments, debtor will find a part time job.

4. The proposed Post-Confirmation plan payment was filed in good faith and complies with the provisions of 11 USC § 1329.

    a. Also debtor proposes post confirmation amended plan. The proposed amended plan provides for the payment of a new secured claim filed by creditor CRIM for the amount of $681.78, claim 10-1.

5. Dates for meeting of creditors, for filing claims and for hearing of confirmation are to be notified or have been by the Trustee of this case.

## 30 DAYS NOTICE

Parties in interest are notified they have thirty (30) days to reject this proposed plan dated April 20, 2009 and request a hearing. Absent a good cause, untimely rejections shall be denied.

WE HEREBY CERTIFY, that on this same date and by regular U.S. Mail, copy of this motion has been sent to José Carrion, Esq., Chapter 13 Trustee, P.O. Box 9023884, Old San Juan Station, San Juan, PR 00902-3884 and to all interested parties mentioned in attached master address list.

Respectfully Submitted

In San Juan, Puerto Rico, this April 20, 2009

*JAIME RODRÍGUEZ LAW OFFICE, PSC*
Attorney for Petitioner(s)
Cond. Atrium Plaza Apt. 28
225 Calle José Oliver
San Juan, PR 00918-1469
Tel & Fax (787) 797-4174
bayamonlawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez,
USDC PR 221011

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                            Case No. **08-08286**

**VAZQUEZ LONGO, LESLIE A**                          Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **4/27/2009**
☐ PRE ☐ POST-CONFIRMATION                     Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$    200.00 x    8 = $    1,600.00
$    645.00 x    16 = $    10,320.00
$    690.00 x    36 = $    24,840.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                  TOTAL: $    36,760.00

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

     PROPOSED BASE: $    36,760.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $    **2,700.00**

Signed: **/s/ LESLIE A VAZQUEZ LONGO**
        Debtor

_____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL**   Cr. **RELIABLE FINANCI**/ Cr. **RELIABLE FINANCI**/
# **CLAIM3-2**       # **PRE-PET ARR, 7-1**   # **POST-PET ARR, 13-**
$    **10,198.68**    $    **1,650.00**    $    **420.00**
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**          Cr. **INTERNAL REVENUI** Cr. _____
# **CLAIM 10 Sec. portic** # **CLAIM 5 Sec. portio** # _____
$    **681.78**    $    **8,957.84**    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    **DORAL FINANCIAL     RELIABLE FINANCI**/
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**IRS - Priority portion, Claim 5-1 $7,831.47**

**Debtor will continue making automobile insurance annual payments until the full payment to creditor Reliable Financial.**

Attorney for Debtor **Jaime Rodriguez Law Office, PSC**          Phone: **(787) 797-4174**

CHAPTER 13 PAYMENT PLAN

*Leslie*


**SEGUROS MULTIPLES**
COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO

38 Calle Neváres
San Juan PR 00927-4608
PO Box 363846
San Juan PR 00936-3846
Tel. 1-800-758-0101
Fax (787)766-2786
www.segurosmultiples.com

16 de abril de 2009

RELIABLE FINANCIAL SERVICES, INC.
PO BOX 21382
SAN JUAN PR 00928

Estimados señores:

Certificamos que la póliza PAP-1718798, con factura 8765738 a nombre de LESLIE A VAZQUEZ LONGO, está vigente desde el 04/16/2009 y la misma:

( ) fue pagada en su totalidad.

( X ) el (la) asegurado (a) pagó la cantidad de $246.88. La diferencia ha sido financiada por CENTRAL CREDIT CORP

Además certificamos que la propiedad asegurada bajo esta póliza es:

TOYOTA RAV 4 2003
JTEGH20V230115620

Cualquier duda relacionada a esta comunicación, favor comunicarse con nosotros al (787) 622-3575, ext.2090.

Cordialmente,

Madeline Ramos
Gerente de Refrendata

CAR19D



**SEGUROS MULTIPLES**
COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO

38 Calle Nevárez
San Juan PR 00927-4608
PO Box 363846
San Juan PR 00936-3846
Tel. 1-800-758-0101
Fax (787)766-2786
www.segurosmultiples.com

04/16/2009

RELIABLE FINANCIAL SERVICES, INC.
PO BOX 21382
SAN JUAN PR 00928

**POLIZA NUMERO**
PAP-1718798

**FACTURA NUMERO**
8765738

**Estimado (a) señor (a):**

Le incluimos los siguientes documentos del señor(a) LESLIE A VAZQUEZ LONGO
los cuales agradeceremos revisen y consulten a nuestra oficina Central para cualquier información adicional.

( ) Original de la póliza número _____, por la cantidad de $_____ favor de enviarnos cheque por la cantidad de $_____ a la brevedad posible.

( ) Original de la póliza número _____, por la cantidad de $_____ pagada en su totalidad.

( ) Original de la póliza número _____ por la cantidad de $_____ para que cancelen la póliza de "Single Interest" y nos envien cheque por la cantidad de $_____ a la brevedad posible. Certificamos que el asegurado pagó la cantidad de $_____.

(x) Original de la póliza número PAP-1718798 (P.R.P.), por la cantidad de $ 714.00. Certificamos que el asegurado pagó la cantidad de $ 714.00 la cual ha sido financiada.

( ) Original de la póliza número _____ (P.R.P.), por la cantidad de $_____. favor de enviar cheque por la cantidad de $_____ a la brevedad posible.

( ) Factura número _____, póliza número _____, (nueva, endoso, renovación). Favor de enviar cheque por la cantidad de $_____ a la brevedad posible.

( ) Cheque número _____, por la cantidad de $_____, por concepto de: _____.

( ) Original de la póliza número _____ de "Individual Single Interest". La misma sustituye el "Double Interest" número _____ el cual fue cancelado, efectivo el _____.

( ) Otros: _____.

Atentamente,

*Zahira Montalvo*
Zahira Montalvo
Gerente de Refrendata

CATRM1

# SEGUROS MULTIPLES
COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO

TEL: (787) 758-0101

## POLIZA DE AUTOMOVIL PERSONAL
CERTIFICADO DE CASO NUEVO

**Número de Póliza**
PAP- 1718798

### DECLARACIONES:

**PARTIDA 1: NOMBRE DEL ASEGURADO Y SU DIRECCION POSTAL:**

LESLIE A VAZQUEZ LONGO
URB PALACIOS REALES
239 CALLE BARBERINI
TOA ALTA PR 00953

**BENEFICIARIOS DEL PAGO POR LA PERDIDA O DAÑO:**

RELIABLE FINANCIAL SERVICES, INC.
PO BOX 21382
SAN JUAN PR 00928

**PARTIDA 2: PERIODO DE LA POLIZA:** DESDE 04/16/2009 HASTA 04/16/2010
12:01 A.M. HORA ESTANDAR
MESES: 12

**OCUPACION DEL ASEGURADO:** EMPLEADO EMPRESA PRIVADA

| FACTURA | OFICINA | GRUPO |
|---------|---------|-------|
| 8765738 | 02-002  | 311   |

Mediante el pago de la prima aquí establecida en o antes de la fecha de vencimiento (la fecha de vigencia arriba indicada), la COOPERATIVA DE SEGUROS MÚLTIPLES DE PUERTO RICO continuará en vigor la Póliza aquí descrita por el término especificado sujeto a todas las estipulaciones de dicha Póliza. Estas declaraciones invalidan todas las anteriores.

**PARTIDA 3: SE PROPORCIONA CUBIERTA SIEMPRE QUE SE IDENTIFIQUE UNA PRIMA Y UN LIMITE DE RESPONSABILIDAD DE LA CUBIERTA**

| CUBIERTAS | LIMITES DE RESPONSABILIDAD | | PRIMAS | | | | |
|---|---|---|---|---|---|---|---|
| | | | AUTO 1 | AUTO 2 | AUTO 3 | AUTO 4 | AUTO 5 |
| AA RESPONSABILIDAD | | | | | | | |
| DE LESIONES CORPORALES | 20 MIL | POR CADA PERSONA | | | | | |
| | 40 MIL | POR CADA OCURRENCIA | $91 | | | | |
| DE DAÑOS A LA PROPIEDAD | 25 MIL | POR CADA ACCIDENTE | $130 | | | | |
| A RESPONSABILIDAD CIVIL | | POR CADA ACCIDENTE | | | | | |
| B PAGOS MEDICOS | | POR CADA PERSONA | | | | | |
| C AUTOMOVILISTAS NO ASEGURADOS | | POR CADA ACCIDENTE | | | | | |
| D DAÑOS A SU AUTO: | | | | | | | |
| 1-PERDIDA O DAÑOS AJENOS A COLISION | *V.V.E. MENOS DEDUCIBLE DE $ | 500 | $122 | | | | |
| 2-PERDIDA O DAÑOS POR COLISION | *V.V.E. MENOS DEDUCIBLE DE $ | 500 | $326 | | | | |
| COSTO DE REMOLQUE Y MANO DE OBRA | | POR CADA INCAPACIDAD | | | | | |
| *(V.V.E. SIGNIFICA VALOR VERDADERO EN EFECTIVO) | | | | | | | |
| ENDOSO DE CUBIERTA MULTIPLE ASISTENCIA EN VIAJE | | | $45 | | | | |
| Endoso(s) Hecho(s) parte de esta Póliza en el momento de su Emisión: | | TOTAL PRIMAS | $714 | | | | |

PRIL01360296  PP1301PRS1299  IL 00240199  IL 09010198
A-4196D  PRPP03050886  PP0170PRS1199  PP03260694PRS
PP0001PRS0698  MAV 2 - 1'99

| TOTAL AUTOMOVILES 1 AL 5 | $714 |
|---|---|
| PRIMAS DE ENDOSOS | |
| **TOTAL A PAGAR** | $714 |

**PARTIDA 4: DESCRIPCION DEL (DE LOS) AUTOMOVIL(ES) O REMOLQUE(S)**

| | AÑO | NOMBRE COMERCIAL | NUMERO DE IDENTIFICACION DEL VEHICULO (VIN) | SIMBOLO | PRECIO DE LISTA | *V.V.E. |
|---|---|---|---|---|---|---|
| AUTO 1 | 2003 | TOYOTA RAV 4 | JTEGH20V230115620 | 8872 | 23,500 | 10,426 |
| AUTO 2 | | | | | | |
| AUTO 3 | | | | | | |
| AUTO 4 | | | | | | |
| AUTO 5 | | | | | | |

**PARTIDA 5:** Los automóviles o remolques descritos en esta Póliza se guardan en un garaje en la dirección arriba mencionada, a menos de expresarse otra cosa.

ESTA POLIZA NO SERA VALIDA A MENOS QUE SEA REFRENDADA POR NUESTRO AGENTE AUTORIZADO.

Cooperativa de Seguros Múltiples de PuertoRico

Refrendada  EL 16 DE ABRIL DE 2009, EN SAN JUAN, P.R.  POR: _____
GERENTE DE REFRENDATA

CSMPR6


**SEGUROS MULTIPLES**
COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO

35 Calle Nevárez
San Juan PR 00927-4608
PO Box 363846
San Juan PR 00936-3846
Tel 1-800-758-0101
Fax (787)766-2786
www.segurosmultiples.com

# ENDOSO DE CONFISCACION

Adjunto a y formando parte de
Póliza Núm: **PAP-1718798**

Queda entendido y acordado mediante este endoso que la póliza arriba mencionada se extiende con el propósito de asegurar el interés único de:

RELIABLE FINANCIAL SERVICES, INC.
PO BOX 21382
SAN JUAN PR 00928

de ahora en adelante conocido como acreedor o tenedor de gravamen, en cuanto al vehículo y/o unidad o los vehículos y/o unidades aseguradas en la póliza arriba mencionada contra pérdidas o daños causados, en adelante descrito como pérdida resultante o pérdida causada por **confiscación** de dicha unidad(es) o vehículo(s) por una entidad gubernamental o autoridad civil debidamente constituida.

La fecha en que el vehículo y/o unidad es confiscado deberá considerarse como la fecha de cualesquiera pérdida o daño cubierto bajo esta póliza causada por la **confiscación** por parte de una entidad gubernamental o autoridad civil debidamente constituida.

En la eventualidad de pérdida, la compañía bajo esta póliza acuerda que actuará como sigue con los siguientes requisitos y condiciones, antes de efectuar el pago de la reclamación.

1. Llevará a cabo los procedimientos necesarios establecidos por la ley que regula las confiscaciones a los efectos de impugnar la **confiscación** del automóvil, vehículo o unidad dentro del período de quince (15) días (Ley de Confiscación de Vehículos, Bestias y Embarcaciones.)

2. Prestará la garantía correspondiente según derecho que otorga la ley, para obtener el relevo de la **confiscación** (de ser aprobada la garantía, el tribunal ordenará que las propiedades sean entregadas a su dueño y no se aplicarán las Disposiciones (C), (D) y (E) de la Ley.

3. Procederá de forma tal para obtener el traspaso de título del automóvil o unidad a la compañía de seguros lo más pronto posible, si el traspaso de título no es posible, el acreedor o tenedor de gravamen deberá transferir a la compañía de seguros todos sus derechos bajo el contrato de financiamiento.

4. Obtendrá y suplirá una copia de todo documento legal que esté directamente relacionado con el procedimiento de confiscación, como también una copia de todo documento relacionado con los trámites y procedimientos y el estatus de los mismos.

También queda entendido y acordado que se provee la cubierta de confiscación sin cobro de prima.

A-4196d
CSM 1/85

# ENDOSO DE CANCELACION

Queda entendido y acordado mediante este endoso que en caso de cancelación la prima no devengada se devolverá a:
RELIABLE FINANCIAL SERVICES, INC.
PO BOX 21382
SAN JUAN PR 00928

También queda entendido y acordado que en caso de cancelación se le avisará con diez (10) días de anticipación a:
RELIABLE FINANCIAL SERVICES, INC.

COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO

FECHA: 16 DE ABRIL DE 2009
CODE: 0002

Por: _____
Gerente de Refrendata

EC010A

# MASTER ADDRESS LIST

VAZQUEZ LONGO, LESLIE A
URB PALACIOS REALES
239 CALLE BARBERINI
TOA ALTA, PR 00953

MACYS
9111 DUKE BLVD
MASON, OH 45040

Jaime Rodriguez Law Office, PSC
Atrium Plaza, Apt 28 225 Jose Oliver St.
San Juan, PR 00918-9704

PENTAN GON FEDERAL CREDIT UNION
1001 N FAIRFAX ST
ALEXANDRIA, VA 22314

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936-2589

RELIABLE FINANCIAL SERVICES, INC
PO Box 21382
San Juan, PR 00928-1382

BANK OF AMERICA
PO BOX 15019
WILMIGTON, DE 19886-5019

SALLIE MAE
1002 ARTHUR DR
LYNN HAVEN, FL 32444

CITIBANK
PO BOX 22828
ROCHESTER, NY 14692

VAZQUEZ & VIZCARRONDO LLP
PO BOX 195389
SAN JUAN, PR 00919-5389

CRIM
PO BOX 70235
SAN JUAN, PR 00936-8235

WACHOVIA EDUCATION FINANCIAL
PO BOX 3117
WINSTON SALEM, NC 27102

DORAL FINANCIAL
PO BOX 71529
SAN JUAN, PR 00936-8629

FIA CARD SERVICES
P.O.Box 15028
Wilmington, DE 19850-5028

INTERNAL REVENUE SERVICES
PO BOX 21126
PHILADELPHIA, PA 19114-0326

ISLAND FINANCE
PO BOX 71504
SAN JUAN, PR 00936